Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation, | CASE NO. 4:11-CV-5805 JW |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| MAILEY'S HANDBAGS, an unknown business entity; PHU TRIEU, an individual; DAVID TRIEU, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Coach, Inc. and Coach Services, Inc. and Defendants Mailey's Handbags, Phu Trieu, and David Trieu have reached a settlement in the above-referenced action.  A Stipulation of Dismissal With Prejudice will be filed within the next forty-five (45) days.

DATED:     February 16, 2012          BLAKELY LAW GROUP


By:     /s/Cindy Chan_____
Brent H. Blakely
Cindy Chan
*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*