IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Coach, Inc., et al., | NO. C 11-05805 JW |
| Plaintiffs, <br> v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| Mailey's Handbags, et al., | |
| Defendants. / | |

On February 16, 2012, Plaintiffs informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 13.) In light of this settlement, the court vacates all pretrial dates and appearances. On or before **April 20, 2012**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, CA. on **April 30, 2012 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **April 20, 2012**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

On or before **April 9, 2012**, Plaintiffs shall serve Defendants with a copy of this Order and file the appropriate certificate of service.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: March 29, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brent H. Blakely bblakely@blakelylawgroup.com
Cindy Wing Yan Chan cchan@blakelylawgroup.com

**Dated:  March 29, 2012**                                      **Richard W. Wieking, Clerk**

                                                                **By:      /s/ JW Chambers**
                                                                     **Susan Imbriani**
                                                                     **Courtroom Deputy**